IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN RE *EX PARTE* EMERGENCY PETITION OF ZIM INTEGRATED SHIPPING SERVICES FOR DISCOVERY IN AID OF FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | ) ) ) ) Civil Action No: 4:20-mc-11 ) ) ) |

**CONSENT ORDER**

The Petitioner in the above-captioned matter, Zim Integrated Shipping Services ("Zim" or "Petitioner"), initiated this civil action on December 29, 2020, by filing a Petition pursuant to 28 U.S.C. § 1782 seeking an order directing the issuance of a subpoena to the Master of the oceangoing cargo vessel SEROJA LIMA, which was scheduled to call at a marine terminal in the Port of Savannah soon thereafter. (Doc. 1). On December 31, 2020, the Court granted the Petition, (Doc. 4), and certain subpoenas were issued commanding that certain discovery activities move forward onboard the SEROJA LIMA during that vessel call. (Doc. 5).

Undersigned counsel of record for the Petitioner Zim and the Respondent Leo Ocean, S.A., as owners of the SEROJA LIMA ("Respondent"), negotiated a compromise on the scope of the discovery activities to be carried out on the SEROJA LIMA pursuant to those subpoenas, including an agreed list of documents to be produced, along with a four-hour deposition of the vessel's Chief Officer. That deposition occurred on board the SEROJA LIMA on January 13, 2021, with the agreed documents having been provided in advance of that deposition.

As the Petitioner and Respondent have both agreed that the terms of this Court's Order and resulting subpoenas (through their compromise agreement) have been complied with, no further

action in this matter is contemplated or necessary, so the Court **DIRECTS** the Clerk of the Court to **CLOSE** this case and mark it as **DISMISSED**.

    **SO ORDERED**, this 1st day of September, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

**CONSENT PROVIDED BY:**

| PETITIONER: | RESPONDENT: |
|---|---|
| **BRENNAN HARRIS & ROMINGER LLP** | **HUNTER MACLEAN EXLEY & DUNN, PC** |
| /s/ T. Langston Bass, Jr. | /s/ Colin A. McRae |
| T. Langston Bass | Colin A. McRae |
| Georgia Bar No. 041320 | Georgia Bar No. 499045 |
| P.O. Box 2784 | Post Office Box 9848 |
| Savannah, GA 31402 | Savannah, GA 31412-0048 |
| Tel.: (912) 233-3399 | Tel.: (912) 236-0261 |
| tlb@bhrlegal.com | cmcrae@huntermaclean.com |